# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Arbor Realty Trust
**Ticker:** ABR
**Class Period:** 05/07/2021 - 07/11/2024
**Name:** Matthew Park

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/15/2023 | 3,350.0000 | $15.7800 | -$52,863.0000 | | $0.0000 | -$52,863.00 |
| 12/1/2023 | 112.5391 | $12.8000 | -$1,440.5000 | | $0.0000 | -$1,440.50 |
| 1/8/2024 | 6.9026 | $14.4900 | -$100.0186 | | $0.0000 | -$100.02 |
| 3/18/2024 | 115.5585 | $12.9100 | -$1,491.8600 | | $0.0000 | -$1,491.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 3,585.0001 | | | | Subtotal: | **-$55,895.38** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $49,205.76 |
| | | | $13.7255 | 3,585.0001 | Total: | **-$6,689.62** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 12, 2024 and September 27th, 2024.