**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOIS MARTIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ARBOR REALTY TRUST, INC., IVAN KAUFMAN, and PAUL ELENIO, <br><br> Defendants. | Case No.: 1:24-cv-05347-PKC-LKE <br><br> Hon. Pamela K. Chen |

**DAVID HAWKINS' REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF COUSNEL</u>**

On September 30, 2024, movant David Hawkins ("Mr. Hawkins") filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, stating that he had suffered a financial loss of $67,592.73 in connection with his purchases of ABR Realty Trust, Inc. ("ABR" or the "Company") securities between May 7, 2021 to July 11, 2024, both dates inclusive (the "Class Period").  *See* ECF No. 5. Three other lead plaintiff motions were filed, but all ultimately withdrew their motions or filed notices of non-opposition, leaving only Mr. Hawkins. On October 15, 2024, Mr. Hawkins filed an opposition to the competing motions. *See* ECF No. 21.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

As Mr. Hawkins' pending motion is unopposed, Mr. Hawkins respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Hawkins as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired ABR securities during the Class Period; (2) approving Mr. Hawkins' selection of Levi & Korsinsky, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

*[Signature on following page]*

Dated: October 16, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for David Hawkins and*
*[Proposed] Lead Counsel for the Class*