

33 Whitehall Street, 17th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

December 18, 2024

**VIA CM/ECF**
Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**     *Martin v. Arbor Realty Trust, Inc., et al.*, No. 1:24-cv-05347-PKC

Dear Judge Chen:

We represent Lead Plaintiff David Hawkins ("Lead Plaintiff") in the above-referenced securities fraud class action lawsuit. Lead Plaintiff respectfully requests an enlargement of time to file an amended complaint on January 20, 2025. Pursuant to the Court's Order issued on November 7, 2024, the amended complaint is currently due January 6, 2025. This is the first request for an enlargement of time for Lead Plaintiff.

The requested enlargement of time to file an amended complaint affects the scheduled deadline for Defendants' answer or pre-motion conference request, currently due February 5, 2025. Defendants do not oppose the requested two-week extension to file an amended complaint to the extent that the same enlargement of time is afforded for Defendants' answer or pre-motion conference request. Accordingly, Lead Plaintiff proposes a revised deadline of February 19, 2025.

     Respectfully,

     s/ Adam M. Apton
     Adam M. Apton

CC:     All counsel of record (*via CM/ECF*)