United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**2:25-CV-4373(SJB)(AYS)**

1) indicated that this case is related to the following case(s):

1:24-cv-05347(PKC)(LKE)
1:25-cv-04180(RER)(TAM)
1:25-cv-02176(RPK)(JAM)